# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHA AMEZCUA PADILLA, et al. | Case No. 8:22-cv-01326 KK (ADSx) |
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CITY OF SANTA ANA, et al. | |
| Defendants. | |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: February 12, 2025

_____
Honorable Kenly Kiya Kato
United States District Judge